| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conway, Anne C. | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>08/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active United States District | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Room 6750<br>401 W. Central Blvd<br>Orlando, FL 32801-0675 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. Trustee | Law Center Council, University of Florida College of Law |
| 3. Member, Alumni Board | John Carroll University |
| 4. Executor | Estate #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Laurel Homes, Inc Salary |
| 2. 2011 | Laurel Builders, Inc Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smokey Partnership, LLLP, Ltd Ptner (f/k/a Robinson Props) | B | Interest | O | U | | | | | |
| 2. Duplex residence, rental property, Orlando, FL | D | Rent | M | R | | | | | See part VIII |
| 3. Carlton Fields Profit Sharing Trust: | | | | | | | | | |
| 4. -Harbor Cap Appreciation Fund | A | Dividend | L | T | | | | | |
| 5. -MSIF Mid-Cap Growth/P | C | Dividend | L | T | | | | | |
| 6. - Vanguard Instl Index 500 | C | Dividend | M | T | | | | | |
| 7. Wells Fargo (f/k/a Wachovia Bank) | A | Interest | J | T | | | | | |
| 8. Wells Fargo (f/k/a Wachovia Bank) common stock | A | Dividend | | | Closed | 05/01/11 | K | | Transferred to Estate |
| 9. Hubbel, Inc. Class B common stock | B | Dividend | | | Closed | 05/01/11 | M | | Transferred to Estate |
| 10. VF Corporation common stock | A | Dividend | | | Closed | 05/01/11 | M | | Transferred to Estate |
| 11. Laurel Homes, Inc. common stock | A | Interest | | | Closed | 05/01/11 | P1 | | Transferred to Estate |
| 12. Arbor Properties, Inc. common stock | C | Interest | | | Closed | 05/01/11 | N | | Transferred to Estate |
| 13. Customer Service, Inc. common stock | A | Interest | | | Closed | 05/01/11 | L | | Transferred to Estate |
| 14. Laurel Agency, Inc. common stock | | None | | | Closed | 05/01/11 | J | | Transferred to Estate |
| 15. Meretek, Inc. common & preferred stock | | None | | | Expired | 01/01/11 | | | see fn I, part VIII |
| 16. Johnson, Motsinger, Trismen and Sharp partnership | | None | | | Expired | 01/01/11 | | | see fn I, part VIII |
| 17. Laurel Builders, Inc. common stock | | None | | | Closed | 05/01/11 | O | | Transferred to Estate |

1. Income Gain Codes:           A =$1,000 or less           B =$1,001 - $2,500           C =$2,501 - $5,000           D =$5,001 - $15,000           E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)       N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)               U = Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schrimsher Exploration, Ltd. - Ltd. partner | A | Interest | | | Closed | 05/01/11 | J | | Transferred to Estate |
| 19. Duplex rental property, Orlando, FL | D | Rent | | | Closed | 05/01/11 | M | | Transferred to Estate |
| 20. Merrill Lynch IRA | | None | | | Distributed | 05/01/11 | K | | see fn 2, part VIII |
| 21. Wells Fargo (f/k/a Wachovia Bank) - checking acct | A | Interest | | | Closed | 05/01/11 | J | | Transferred to Estate |
| 22. Merrill Lynch CMA fund | C | Interest | | | Closed | 05/01/11 | P1 | | Transferred to Estate |
| 23. Trust income beneficial interest | D | Interest | | | Distributed | 05/01/11 | J | | see fn 2, part VIII |
| 24. MS active assets acct | A | Interest | M | T | | | | | |
| 25. Smokey Partnership, LLLP, Gen Ptr (f/k/a Robinson Prop, Gen) | A | Interest | K | U | | | | | |
| 26. Smokey Partnership, LLLP, Ltd Ptr (f/k/a Robinson Prop, Ltd) | A | Interest | | | Closed | 05/01/11 | M | | Transferred to Estate |
| 27. Oppenheimer Quest Bal Val A mutual fund (1) | A | Dividend | J | T | | | | | |
| 28. Berkshire Hathaway B | | None | K | T | | | | | |
| 29. Wells Fargo - checking acct | | None | L | T | Open | 04/21/11 | K | | |
| 30. Estate #1 | E | Int./Div. | P2 | W | | | | | |
| 31. - Wells Fargo (f/k/a Wachovia Bank), common stock | | | | | Open | 05/01/11 | K | | |
| 32. - Hubbel, Inc. Class B common stock | | | | | Open | 05/01/11 | M | | |
| 33. - VF Corporation common stock | | | | | Open | 05/01/11 | M | | |
| 34. - Laurel Homes, Inc common stock | | | | | Open | 05/01/11 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Arbor Properties, Inc common stock | | | | | Open | 05/01/11 | N | | |
| 36.  - Customer Service, Inc. common stock | | | | | Open | 05/01/11 | L | | |
| 37.  - Customer Service, Inc. common stock | | | | | Closed | 12/31/11 | L | A | Company liquidated |
| 38.  - Laurel Agency, Inc. common stock | | | | | Open | 05/01/11 | J | | |
| 39.  - Laurel Builders, Inc. common stock | | | | | Open | 05/01/11 | O | | |
| 40.  - Schrimsher Exploration, Ltd - Ltd Partner | | | | | Open | 05/01/11 | J | | |
| 41.  - Duplex rental property Orlando, FL | | | | | Open | 05/01/11 | M | | See part VIII |
| 42.  - Wells Fargo (f/k/a Wachovia Bank) - checking acct | | | | | Open | 05/01/11 | J | | |
| 43.  - Merrill Lynch CMA fund | | | | | Open | 05/01/11 | P1 | | |
| 44.  - Smokey Partnership, LLLP,Ltd Ptr (f/k/a Robinson Prop Ltd | | | | | Open | 05/01/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 2 - Duplex property in Orange County, FL costing $78,891, acquired 4/1/82

Part VII item 19 - Duplex property in Orange County, FL costing $78,891, acquired 4/1/82

Footnote 1: The owner of the asset would never provide current information. On 5/01/11 it was determined that this asset has been gone prior to 2008.

Footnote 2: Distributed to persons not subject to disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 08/21/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544